UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY BAKER, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-0292-X |
| | § | |
| BELL TEXTRON, INC. *formerly known as* BELL HELICOPTER TEXTRON, INC., et al., | § § § § | |
| | § | |
| *Defendants*. | § | |

**MEMORANDUM OPINION AND ORDER**

Defendants Bell Textron, Inc. and Bell Helicopter Textron Canada (collectively "Bell") filed an opposed motion on choice of law. (Doc. 97). The parties agree that Texas law applies to issues related to liability; however, the parties disagree regarding the choice of law to be applied to the issue of compensatory damages. As described below, the Court will defer a ruling on the choice of law issue until after trial, unless the parties and their counsel certify that they hold the good faith belief that there is a reasonable probability that a ruling on the choice of law issue will enable the parties to settle the case without trial.

First, the Court notes that the parties were not required to present choice of law issues by pretrial motion. Second, because Bell must first be found liable before compensatory damages are awarded, the court need not decide this issue until after trial. However, the Court recognizes that its decision on choice of law may affect the parties' settlement positions. Therefore, the Court adopts the following procedure:

1. If no later than September 12, 2025, the parties submit a joint written statement, signed by at least one attorney per party, certifying that the parties and their counsel hold the good faith belief that there is a reasonable probability that a ruling on the choice of law issue will enable the parties to settle the case without a trial, the Court will entertain the choice of law issue before the trial commences.

2. If the joint certification is not submitted, the Court will wait to rule on the choice of law issue until after trial, if necessary.

**IT IS SO ORDERED** this 29th day of August, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE